IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL MARK OXFORD,

        Petitioner,

v.                                                                                                        No. CV 19-172 JCH/CG

MR. MARTENEZ (WARDEN),
STATE OF NEW MEXICO,

        Respondents.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner Daniel Mark Oxford's *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody*, (Doc. 1), filed *pro se* on March 4, 2019. Mr. Oxford's Petition is deficient because he has not paid the $5 filing fee, nor has he filed an *Application to Proceed in District Court Without Prepaying Fees or Costs*. Mr. Oxford must cure this deficiency no later than July 15, 2019 by *either* paying the full $5 filing fee *or* submitting an *Application to Proceed in District Court Without Prepaying Fees or Costs*. *See* 28 U.S.C. § 1915(a)(1). Failure to cure the designated deficiency by July 15, 2019 may result in dismissal of this action without further notice.

        **IT IS THEREFORE ORDERED** that Petitioner *either* pay the full $5 filing fee *or* submit an *Application to Proceed in District Court Without Prepaying Fees or Costs* by July 15, 2019. **IT IS FURTHER ORDERED** that the Clerk mail Mr. Oxford two (2) copies of the *Application to Proceed in District Court Without Prepaying Fees or Costs* with instructions.

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE