IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL MARK OXFORD,

    Petitioner,

v.                                                                                 CV No. 19-172 JCH/CG

FNU MARTENEZ, et al.,

    Respondents.

### ORDER GRANTING MOTION TO EXTEND RESPONSE DEADLINE

**THIS MATTER** is before the Court on Petitioner's *Amended Show-Cause Response*, (Doc. 10), addressing the timeliness of his 28 U.S.C. § 2254 claims. In the Amended Response, Petitioner seeks an extension of time to file a more detailed explanation regarding timeliness. (Doc. 10 at 5). The Court finds the Amended Response is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner shall have until July 26, 2020, to file an amended or supplemental show cause response.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE